Exhibit "D"

# IN THE STATE COURT OF BIBB COUNTY
# STATE OF GEORGIA

| | |
|---|---|
| WILLIE J. PARKER, JR. | : |
| | : |
|     **Plaintiff,** | : |
| | : |
| v. | :   **CIVIL ACTION FILE NO.** |
| | :   **20-SCCV-091313** |
| JONATHON HURTE, | : |
| | : |
|     **Defendant.** | : |

## PROGRESSIVE MOUNTAIN INSURANCE COMPANY'S NOTICE OF FILING NOTICE OF REMOVAL

TO:   Willie J. Parker
        c/o Reza Sedghi, Esq.
        2870 Vineville Avenue
        Macon, GA 31204
        Attorney for Plaintiff:

Pursuant to 28 U.S.C. § 1446(d), you are hereby notified that Defendant Progressive Mountain Insurance Company has caused to be filed on the 26th Day of May, 2020, in the United States District Court for the Middle District of Georgia, Macon Division, a Notice of Removal with the Clerk of the said United States District Court for the Middle District of Georgia, Macon Division. A copy of the Notice of Removal is attached hereto as Exhibit 'A'. WHEREFORE, Progressive Mountain Insurance Company has removed this action from the State Court for the County of Bibb, State of Georgia, where it is now pending, and to the United States District Court for the Middle District of Georgia, Macon Division to the exclusion of any further proceedings in the State Court of Bibb County.

*SIGNATURES CONTINUE ON FOLLOWING PAGE*

Exhibit "D"

This 26th day of May, 2020.

                                             /s/ *Wesley E. Childs*
                                             Wesley E. Childs
                                             Georgia Bar No.:878909
                                             ***Attorney for Progressive***

OF COUNSEL:
CHAMBLESS, HIGDON, RICHARDSON,
   KATZ & GRIGGS, LLP
3920 Arkwright Road – Suite 405
Post Office Box 18086
Macon, GA  31209-8086
478/745-1181
wchilds@chrkglaw.com

Exhibit "D"

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day served counsel of record for all parties in the foregoing matter with a copy of the above document by statutory electronic service via PeachCourt, which will generate an electronic service copy by electronic mail to the following counsel of record:

>Reza Sedghi, Esq.
>2870 Vineville Avenue
>Macon, GA 31204
>***Attorney for Plaintiff***

This 26th day of May, 2020.

>/s/ *Wesley E. Childs*
>Wesley E. Childs