IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| WILLIE J. PARKER, | ) | |
| Plaintiff, | ) | Civil Action No.: |
| vs. | ) | |
| JONATHON HURTE, | ) | |
| Defendant. | ) | |

## PROGRESSIVE MOUNTAIN INSURANCE COMPANY'S JURISDICTIONAL STATEMENT

COMES NOW Progressive Mountain Insurance Company, pursuant to M.D. Ga. LR 87.2, and submits its Jurisdictional Statement, showing the Court as follows:

1.

Progressive Mountain Insurance Company is an Ohio Corporation with its principal place of business in Ohio. (See Exhibit "B" attached to Progressive's Notice of Removal.)

2.

Defendant Jonathon Hurte is a citizen of Charleston, South Carolina but has not yet been served with the lawsuit. (Plaintiff's Complaint, ¶ 1.)

3.

The Plaintiff, Willie J. Parker, is a citizen and resident of the State of Georgia. (Id. at ¶ 2.)

This 26th day of May, 2020.

**/s/ Wesley E. Childs**
Georgia Bar Number 878909
*Attorney for Progressive*
Chambless, Higdon, Richardson,
Katz & Griggs, LLP
Post Office Box 18086
Macon, Georgia  31209-8086
Phone: 478-745-1181
Fax:    478-746-9479
wchilds@chrkglaw.com

# **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed, on the date provided below, the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM-ECF participants:

>Reza Sedghi, Esq.
>Sedghi Law
>2870 Vineville Ave.
>Macon, Georgia 31204
>sedghilaw@gmail.com
>*Attorney for Plaintiff*

Respectfully submitted this 26th day of May, 2020.

>**/s/ Wesley E. Childs**
>Georgia Bar Number 878909
>*Attorney for Progressive*
>Chambless, Higdon, Richardson,
>Katz & Griggs, LLP
>Post Office Box 18086
>Macon, Georgia 31209-8086
>Phone: 478-745-1181
>Fax:    478-746-9479
>wchilds@chrkglaw.com